**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JENNIFER CANADA, Next of Kin of**                                           **PLAINTIFF**
**Escvira Canada, Deceased**

**v.**                                    **3:12-CV-00093-BRW**

**MONETTE, ARKANSAS POLICE**                                          **DEFENDANTS**
**DEPARTMENT,** *et al.*

<u>**ORDER**</u>

Pending is a Motion to Dismiss Monette Police Department filed by Defendant Monette

Police Department ("Defendant") (Doc. No. 4).  Plaintiff has not responded, and the time for

doing so has passed.[1]  For the reasons set out below, the Motion is GRANTED.

Plaintiff Jennifer Canada ("Plaintiff") filed a complaint against Defendant based on

violations of her deceased husband's civil rights.[2]  The complaint alleges: an unreasonable

search in violation of the Fourth Amendment; a Fourth Amendment violation for failure to

protect; excessive use of force; and racial profiling.  Plaintiff seeks damages, attorney's fees, and

any other relief the Court deems appropriate.[3]  Defendant, one of multiple parties sued, filed a

Motion to Dismiss contending that, as a municipal department, it is not subject to suit.[4]  I agree.

---

[1] Any response was due by May 17, 2012.

[2] Doc. 1.

[3] *Id.*

[4] Doc. 5.

1

Municipal police departments are not entities subject to suit.[5]  They are simply subdivisions of city government and are not considered separate legal entities capable of being sued.[6]  Here, Defendant is a municipal police department and, as such, is unamenable to suit. Accordingly, Defendant's Motion (Doc. No. 4) is GRANTED, and the Monette Police Department is DISMISSED from this case.

IT IS SO ORDERED this 18th day of May, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[5] *Ketchum v. City of West Memphis, Ark.* 974 F.2d 81 (8th Cir. 1992)

[6] *Diggs v. Osceola Police Dept.*, No. 3:06cv00213, 2007 WL 162703, at *1 (E.D. Ark., Jan. 18, 2007) (police departments are not considered legal entities capable of being sued).